UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ELITE BAYWOOD, L.P. | § | CASE NO. 10-31760 |
| | § | |
| and | § | |
| | § | CASE NO. 10-31774 |
| ARTHUR SQUARE APARTMENTS, L.P. | § | |
| | § | Jointly Administered Under |
| Debtors | § | CASE NO. 10-31760 |

FIRST NATIONAL BANK'S OBJECTION TO
MOTION TO DISMISS FILED BY
ARTHUR SQUARE APARTMENTS, L.P.

**TO THE HONORABLE JUDGE OF SAID COURT:**

First National Bank ("Bank") files this its Objection to the Motion to Dismiss filed by Arthur Square Apartments, L.P., and would show the Court as follows:

1. Bank admits Paragraphs 1 through 4 of the Motion.

2. Bank denies Paragraph 5 of the Motion.

3. Bank has requested that the Debtor, Arthur Square Apartments, L.P., provide it with a final accounting on its use of cash collateral during the pendency of this Chapter 11 proceeding. Bank objects to dismissal of the case prior to Arthur Square's accounting for its use of the Bank's cash collateral.

WHEREFORE, PREMISES CONSIDERED, Bank requests that the case not be dismissed until such time as Arthur Square has provided a full accounting of its use of the Bank's cash collateral.

[K:\Wpmain\76306\25710\Bankruptcy\Obj Dismiss.wpd]

1

Respectfully submitted,

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**


By:   /S/ L. DAVID SMITH
   L. DAVID SMITH
   TBA No. 18639300
   4646 Wild Indigo, Suite 110
   Houston, Texas  77027
   Telephone: (713) 800-8604
   Facsimile: (713) 622-1026
   **Attorneys for First National Bank**

## CERTIFICATE OF SERVICE

I, L. David Smith, hereby certify that a true and correct copy of the foregoing has been served upon the parties listed below by first class mail, postage prepaid, on the 8th day of October, 2010:

| | |
|---|---|
| **DEBTOR:** | **U.S. TRUSTEE:** |
| Arthur Square Apartments, LP | Diane G. Livingstone |
| P.O. Box 927010 | U. S. Trustee |
| San Diego, CA 92192 | Bob Casey Federal Building |
| *Via First Class Mail* | 515 Rusk, 3rd Floor, Suite 3516 |
| | Houston, Texas 77002 |
| **DEBTOR'S COUNSEL:** | *Via Electronic Notice* |
| Mr. Edward L. Rothberg | |
| Ms. Annie E. Catmull | |
| Hoover Slovacek LLP | |
| 5847 San Felipe, Suite 2200 | |
| Houston, Texas 77057 | |
| Telephone: (713) 977-8686 | |
| *Via Electronic Notice* | |

   /s/ L. David Smith
   L. DAVID SMITH

[K:\Wpmain\76306\25710\Bankruptcy\Obj Dismiss.wpd]